## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

**IN THE MATTER OF:**

**THOMAS LEANDER HARMON**          **CASE NUMBER:**    07-30252
**SSN: xxx-xx-9989**                **CHAPTER 13**
**Debtor**

---

### NOTICE TO GENERAL AUDIT CORP. THAT
### $40.00 HAS BEEN DEPOSITED INTO THE COURT'S
### UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to General

Audit Corp., creditor herein, and deposits $40.00 into the Court Clerk's Unclaimed Funds

Account in Treasury Account #6047BK.

1.      That the last known address for General Audit Corp. was:

        2348 Baton Rouge
        Lima, OH 45805-1130

2.      That the Standing Chapter 13 disbursement check was returned with a note that the

        account was no longer in their office.

3.      That the Standing Chapter 13 Trustee discovered the account was turned over to

        Midwest Medical Group and then Visions Financial Corp.  Visions Financial

        Corp. has advised the Trustee their records indicate an account balance of $40.00

        and they will not be filing a change of address with the Court to receive the

        monies.

4.      That any objections to said Deposit should be made in writing with the Court

        Clerk.

Dated:  February 3, 2011

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on    February 3, 2011

By U.S. Mail postage prepaid

Debtor: Thomas Harmon, 3274 Del Ray Avenue, NW, Massillon, Ohio 44646
Creditor: General Audit Corp., 2348 Baton Rouge, Lima, OH 45805-1130
Visions Financial Corp., 6774 Troy Drive, Rockfrod, IL 61107

By electronic mail via CM/ECF:
Debtor's Attorney: James K. Tamke
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King